UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 12-650 (SRC) |
| ANTHONY BUCKHANA | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant U.S. Attorney, appearing) and defendant Anthony Buckhana, (Patrick McMahon, Assistant Federal Public Defender, appearing) having been charged with a violation of 18 U.S.C. Section 922(g)(1), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from October 16, 2012 through November 27, 2012, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

~~(1) The defendant consents to the continuance; and~~

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ____ day of October, 2012

ORDERED that this action be, and it hereby is, continued from October 16, 2012 through November 27, 2012.

IT IS FURTHER ORDERED that the period from October 16, 2012 through November 27, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

_____
AFPD

_____
AUSA DANIELLE ALFONZO WALSMAN